**Karen K. Won**
212 692 6704
kwon@mintz.com



MINTZ

Chrysler Center
666 Third Avenue
New York, NY  10017
212 935 3000
mintz.com

June 18, 2020

**BY ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
Courtroom #1106
New York, New York 10007

> Application GRANTED in part and DENIED in part.
>
> Defendant's time to answer or otherwise respond to the Complaint is adjourned to July 9, 2020.  The initial conference, set for June 25, 2020, at 10:30 A.M. is adjourned to July 16, 2020, at 10:30 A.M.
>
> Dated: June 19, 2020
>       New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   Landau v. Centaur Media USA Inc., 1:20-cv-3298
      Consented Request for Extension of Time to File Response and Adjournment of Pre-Trial Conference

Dear Judge Schofield:

    This firm represents Defendant Centaur Media USA Inc. ("Centaur Media"), and I write jointly on behalf of the parties to request a 30-day extension of the current deadline to respond to Plaintiff's Complaint until July 18, 2020, and accordingly adjourn the pre-trial conference.  Absent the extension, Centaur Media's response would be due June 18, 2020, and the pre-trial conference is scheduled for July 2, 2020.  This is the second request for extension of time to file a response in this action.  The first request for a 30-day extension was granted on May 20, 2020.

    Since May 15, 2020, parties have been engaged in settlement negotiations to resolve this matter.  Counsel for parties discussed proposed settlement terms most recently on June 16, 2020.  Therefore, we request that the time within which we may file Centaur Media's response be extended by 30 days to July 18, 2020, and that the pre-trial conference be adjourned to a later date thereafter.  Counsel for Plaintiff consents to the extension request.

Respectfully Submitted,

Karen K. Won
Member

BOSTON   LONDON   LOS ANGELES   NEW YORK   SAN DIEGO   SAN FRANCISCO   WASHINGTON

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

**MINTZ**

Hon. John Mott
March 30, 2020
Page 2



99627985v.2