UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT LANDAU,                                  :
                     Plaintiff        :
         -against-                            :         20 Civ. 3298 (LGS)
                                              :
CENTAUR MEDIA USA, INC.,             :         ORDER
                   Defendant.     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference is scheduled for July 16, 2020. ECF 9;

    WHEREAS, the parties filed a joint letter and proposed Case Management Plan in anticipation of the initial pretrial conference. ECF 14;

    WHEREAS, Defendant filed a letter requesting to file a motion to dismiss the Complaint. ECF 10. Defendant filed a response to the letter requesting to file a First Amended Complaint that cures the deficiencies in the Complaint. ECF 12. It is hereby

    **ORDERED** that the July 16, 2020, initial pretrial conference is **cancelled**. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. The parties should be aware that the Court does not extend the deadlines for fact discovery absent compelling circumstances. It is further

    **ORDERED** that Plaintiff shall file the First Amended Complaint no later than **July 20, 2020**, on the docket. Defendant shall comply with the Court's Individual Rules if it intends to file a motion to dismiss the First Amended Complaint.

Dated: July 13, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE