

August 14, 2020

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Landau v. Centaur Media Inc. (1:20-cv-3298-LGS)*

Dear Judge Schofield,

We represent Plaintiff, Robert Landau, in the above in-captioned case. I have a conflict on the proposed date of the pre-motion conference on August 20, 2020. I respectfully request that the pre-motion conference be adjourned to either August 24 or August 26. Defendant is available on those dates.

The Court's consideration is much appreciated.

                                    Respectfully submitted,

                                    /s/Richard Liebowitz
                                    Richard P. Liebowitz

                                    *Counsel for Plaintiff Robert Landau*

The pre-motion conference is adjourned from August 20, 2020 at 10:30 A.M. to August 27, 2020 at 10:30 A.M.

The Clerk of Court is respectfully directed to close the motion at Dkt. 23.

SO ORDERED.

Dated: August 17, 2020
       New York, New York

                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE

