UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                     :
HERMANT PATEL, M.D., P.C.,               :
                             Plaintiff,    :
                                                      :          18 Civ. 10227 (LGS)
                      -against-                           :
                                                      :                ORDER
THEJASWI BANDIKATLA, M.D.,           :
                                      Defendant.   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties filed a joint letter (Dkt. 105) outlining their remaining discovery disputes; it is hereby

**ORDERED** that, for substantially the same reasons stated by the prevailing party:

(1)     Plaintiff's application for Defendant to produce documents listed in document request No. 16 is DENIED.

(2)     Plaintiff's application for Defendant to produce documents listed in document request No. 87 is DENIED.

(3)     Plaintiff's application for Defendant to produce additional documents listed in document request No. 89 is DENIED.

(4)     Plaintiff's application for Defendant to produce documents listed in document request No. 94 is GRANTED in part.  Defendant shall produce documents to the extent she relies upon then to establish her alleged damages.

(5)     Paragraph 5 of the Order at Dkt. 104 is stricken and replaced with the below paragraph:

        **ORDERED** that by, **August 18, 2020**, Defendant shall produce (i) any complaint by Defendant against Plaintiff lodged with a governmental agency or

      (ii) the Bates number of any such document previously produced.

Dated: August 17, 2020
      New York, New York

                                     **LORNA G. SCHOFIELD**
                                   **UNITED STATES DISTRICT JUDGE**