UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    LANDAU,

                           Plaintiff,

              -against-                        20 Civ. 3298 (LGS)

                                         ORDER
    CENTAUR MEDIA USA,

                        Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference was held on August 27, 2020.  For the reasons stated at the conference, it is hereby

      **ORDERED** that, by **September 10, 2020,** Plaintiff shall file a Second Amended Complaint.  It is further

      **ORDERED** that if Defendant seeks to file a motion to dismiss the Second Amended Complaint, Defendant shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.

      The parties are advised that the amendment of the complaint and any further pre-motion letters do not stay discovery.  The parties shall adhere to the discovery deadlines in the Civil Case Management Plan at Dkt. 16.

Dated: August 27, 2020
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE