**Karen K. Won**
(212) 692-6704
kwon@mintz.com



Chrysler Center
666 Third Avenue
New York, NY  10017
212 935 3000
mintz.com

## MINTZ

October 22, 2020

<u>**VIA ECF**</u>

Honorable Lorna G. Schofield, U.S.D.J.
United States District Court,
    Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square Courtroom 1106
New York, New York 10007

      Re:    *Landau v. Centaur Media USA Inc.,* Docket No. 1:20-cv-3298-LGS

Dear Judge Schofield,

      Defendant submits this letter in this case.  Under the current case management plan, a pre-motion conference for dispositive motions is scheduled for November 12, 2020.  On October 19, 2020, upon joint request by the parties, the Court issued an order scheduling a settlement conference before Magistrate Judge Moses for December 15, 2020 at 2:15 PM.  Therefore, Defendant requests that the pre-motion conference currently set for November 12 be adjourned until December 30 or later, in order to allow the parties to focus on resolving this case amicably at the settlement conference.  Plaintiff does not join in this request.

The case management conference is hereby adjourned from **November 12, 2020, at 10:30 A.M.** to **January 7, 2021, at 10:30 A.M.**  The parties are reminded that any pre-motion letter for dispositive motions must be filed at least two weeks before the conference.  For the conference, the parties shall call (888) 363-4749 and use Access Code 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed at that time.

SO ORDERED.

Dated: October 23, 2020
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

*/s/ Karen K. Won*
Karen K. Won
Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, P.C.
Chrysler Center
666 Third Avenue
New York, New York 10017
Tel.: (212) 692-6704
E-mail: kwon@mintz.com

*Attorneys for Defendant Centaur Media USA Inc.*

BOSTON    LONDON    LOS ANGELES    NEW YORK    SAN DIEGO    SAN FRANCISCO    WASHINGTON

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.