UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT LANDAU,

        Plaintiff,

-against-

CENTAUR MEDIA USA INC.,

        Defendant.

20-CV-3298 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Richard Liebowitz having been suspended from the practice of law in the Southern District of New York, *see In the Matter of Richard Liebowitz*, No. M-2-238 (S.D.N.Y. Nov. 25, 2020), the Clerk of Court is respectfully directed to terminate attorney Liebowitz as counsel of record for plaintiff in this action.

Attorney James Freeman, who may remain as counsel of record for plaintiff, is directed to serve a copy of this Order upon plaintiff Robert Landau, and file proof of such service on the electronic docket of this action, no later than **December 9, 2020**.

Dated: New York, New York
       December 2, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**